IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY TUSWEET SMITH, | )<br>) |
| Plaintiff | )<br>)<br>) |
| | ) 22-cv-529-NR-MPK |
| v. | )<br>) |
| PENNSYLVANIA STATE POLICE; JENNIFER ANNE PETERSON-BUCK; LINDA H. BARR; CARSON B. MORRIS; *and* PENNSYLVANIA ATTORNEY GENERAL, | )<br>) District Judge J. Nicholas Ranjan<br>)<br>) Magistrate Judge Maureen P. Kelly<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

This is a *pro se* civil rights action filed pursuant to 42 U.S.C. § 1983. It was referred to Magistrate Judge Kelly for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1) and the Local Rules of Court applicable to Magistrate Judges.

Currently before the Court is Judge Kelly's Report & Recommendation (ECF 24) pertaining to Defendants' motion to dismiss (ECF 13). Mr. Smith did not file objections. *See* ECF 24 (setting April 21, 2023 as the deadline for objections). The Court therefore considers the unchallenged R&R only for clear error. Fed. R. Civ. P. 72(b). After carefully considering Judge Kelly's R&R, the Court discerns no clear error and therefore adopts it as the opinion of the Court.

Defendants' motion to dismiss is hereby **GRANTED**, and Mr. Smith's claims are hereby **DISMISSED** without prejudice. The Clerk of Court shall mark this case as **CLOSED**. Consistent with the R&R, Mr. Smith may file a motion to re-open the case and seek leave to amend his complaint if and when his underlying conviction or sentence is reversed, vacated, or otherwise invalidated. *Heck v. Humphrey*, 512 U.S. 477, 487 (1994).

DATE: May 1, 2023					BY THE COURT:

						/s/ *J. Nicholas Ranjan*
						United States District Judge